NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**SENTIUS INTERNATIONAL, LLC,**
*Appellant*

**v.**

**APPLE INC.,**
*Appellee*

_____

2022-1980

_____

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2020-01646.

_____

## JUDGMENT

_____

SANDEEP SETH, SethLaw, Houston, TX, argued for appellant. Also represented by ROBERT YORIO, Carr & Ferrell LLP, San Mateo, CA.

ALYSSA BARNARD-YANNI, Orrick, Herrington & Sutcliffe LLP, New York, NY, argued for appellee. Also represented by MELANIE L. BOSTWICK, MARK S. DAVIES, Washington, DC.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, TARANTO, and HUGHES, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

December 11, 2023
Date

Jarrett B. Perlow
Clerk of Court